# United States Court of Appeals
## For the First Circuit

No. 15-2245

JAMES WALSH,

Plaintiff, Appellee,

v.

ZURICH AMERICAN INSURANCE COMPANY, d/b/a ZURICH DIRECT MARKETS,
d/b/a ZURICH NORTH AMERICA COMMERCIAL,
d/b/a ZURICH NORTH AMERICA, et al.,

Defendants, Appellants.

**ERRATA SHEET**

The opinion of this Court issued on February 22, 2017 is amended as follows:

On page 34, line 3: replace "Igham" with "Ingham."

On page 37, in the concluding paragraph, line 5, replace "entitle Walsh" with "give Walsh a right."

On page 37, in the concluding paragraph, line 9, replace the periods with commas following "reasonableness" and "193," and add following "193,": "and, if the jury finds a breach of the covenant of good faith and fair dealing, the appropriate amount of damages."